JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 15-0597 AG (JCGx) | Date | June 3, 2015 |
|---|---|---|---|
| Title | DELBERT LARSH v. RESIDENTIAL CREDIT SOLUTIONS, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendants:

**Proceedings:**     **[IN CHAMBERS] ORDER REMANDING ACTION**

Defendant Residential Credit Solutions, Inc. ("Defendant") removed this action from the Orange County Superior Court. (Dkt. No. 1.) There is a pending Motion to Remand filed by Plaintiff Delbert Larsh ("Plaintiff"). (Dkt. No. 9.)

The Court issued and Order to Show Cause Re Subject Matter Jurisdiction ("OSC") concerning whether diversity jurisdiction exists. (Dkt. No. 12.) Defendant filed a response to the OSC. (Dkt. No. 13.)

In Defendant's response it states that in Plaintiff's Motion to Remand "'Plaintiff expressly wishes to avoid federal jurisdiction by limiting his claims to less than the jurisdictional amount.'" (*Id.*, at 2 (quoting Motion to Remand, Dkt. No. 9, at 6).)  Defendant asserts that "[i]n light of Plaintiff's concession, [it] does not object to remanding the action to the state court so long as any such remand order reflects Plaintiff's 'express' limitation that his claims are limited to less than the jurisdictional amount." (*Id.*)

Based on the filings before it, the Court REMANDS this action to the state court for lack of

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 15-0597 AG (JCGx) | Date | June 3, 2015 |
|---|---|---|---|
| Title | DELBERT LARSH v. RESIDENTIAL CREDIT SOLUTIONS, et al. | | |

subject matter jurisdiction.

: 0

Initials of
Preparer        lmb